

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2013

No. 04-13-00595-CR

Fidel **CASTILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR2204
Honorable Dick Alcala, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on October 9, 2013.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2013.

Keith E. Hottle, Clerk